## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DEBRA ANTON,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-02573-JTM-KMH |
| | ) | |
| v. | ) | **Judge Marten** |
| | ) | **Magistrate Humphreys** |
| **KRAMER & FRANK, P.C.,** | ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SETTLEMENT AND REQUEST TO STAY ALL DEADLINES

Plaintiff, DEBRA ANTON, hereby respectfully apprises this Honorable Court that the parties have negotiated a settlement of the above-captioned matter. Plaintiff further states as follows:

1. The parties have reached a settlement accord and are currently in the process of preparing formal documents necessary to memorialize the pertinent terms and conditions of the parties' settlement agreement.

2. Given the imminence of the parties' settlement agreement, Plaintiff respectfully requests a stay of all deadlines and further requests that the parties be excused from any appearances and any obligations for court filings.

3. The parties specifically request that the Telephonic Scheduling Conference date of January 26, 2012 be stricken.

4. The parties shall file a stipulation of dismissal with prejudice forthwith.

        Respectfully submitted,
        **DEBRA ANTON**

By:   <u>s/ D. Matthew Durgin</u>
        Attorney for Plaintiff

<u>Dated: January 16, 2012</u>

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
              (913) 871-4170
Facsimile:   (888) 418-1277
E-Mail:     mdurgin@smithlaw.us

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **DEBRA ANTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 2:11-cv-02573-JTM-KMH |
| | ) | |
| v. | ) | **Judge Marten** |
| | ) | **Magistrate Humphreys** |
| **KRAMER & FRANK, P.C.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## CERTIFICATE OF SERVICE

**To:**  Daniel Conlisk
Kramer & Frank, P.C.
9300 Dielman Industrial Drive, Suite 100
St. Louis MO 63132

I, D. Matthew Durgin, an attorney, certify that on **January 16, 2012**, I shall cause to be served a copy of **Plaintiff's Notice of Settlement**, upon the above named individual(s) by: depositing same in the U.S. Mail box at 205 North Michigan Avenue, Suite 2940, Chicago, IL 60601, prior to 5:00 p.m., postage prepaid; messenger delivery; Federal Express; facsimile transmitted from (888) 418-1277; email; and/or electronically via the Case Management/Electronic Case Filing system ("ECF"), as indicated below.

|      |                    |      |            |
|------|--------------------|------|------------|
| ____ | U.S. Mail          | ____ | Facsimile  |
| ____ | Messenger Delivery | ____ | Email      |
| ____ | Federal Express/UPS|  X   | ECF        |

By:  s/ D. Matthew Durgin
Attorney for Plaintiff

Dated: January 16, 2012

D. Matthew Durgin (Atty. No.: 21557)
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:   (913) 908-2313
             (913) 871-4170
Facsimile:   (888) 418-1277
E-Mail:      mdurgin@smithlaw.us