# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| DEBRA ANTON, | ) | |
| | ) | |
| Plaintiff, | ) | 2:11-cv-02573-JTM-KMH |
| | ) | |
| v. | ) | Judge Marten |
| | ) | Magistrate Humphreys |
| KRAMER & FRANK, P.C., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

By agreement, the parties to the above-captioned action, by and through their respective attorneys, state as follows:

1.    Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree that the above-captioned action should be dismissed.

2.    The parties, by agreement, respectfully request that this case be dismissed with prejudice and without costs to any party, all costs having been paid and all matters in controversy for which this action was brought having been fully settled, compromised and adjourned.

**Date:**  February 15, 2012

**For Plaintiff, Debra Anton**

  /s D. Matthew Durgin
LARRY P. SMITH & ASSOCIATES, LTD.
8508 W. 90th Terrace
Overland Park, KS 66212
Telephone:  (913) 908-2313
                     (913) 871-4170
Facsimile:  (888) 418-1277
E-Mail:     mdurgin@smithlaw.us

**For Defendant, Kramer & Frank, P.C.**

  /s with consent Daniel Conlisk
KRAMER & FRANK, P.C.
9300 Dielman Industrial Drive, Suite 100
St. Louis MO 63132
Telephone:    (314) 991-2160
Facsimile:    (314) 991-0485
E-mail:        daniel.conlisk@lawusa.com

1